> **FILED & ENTERED**
>
> **OCT 24 2014**
>
> **CLERK U.S. BANKRUPTCY COURT**
> **Central District of California**
> **BY** toliver     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Michael Yoon<br>Sandra Yoon<br><br><br><br>                    Debtors. | Case No.: 2:12-bk-10787-TD<br><br>CHAPTER 7<br><br>**ORDER GRANTING BBCN BANK'S MOTION FOR RECONSIDERATION OF ITS CLAIM**<br><br>Date:    October 2, 2014<br>Time:    11:00 a.m.<br>Courtroom:    1345 |

    The court entered several orders following a hearing on May 14, 2014, on the Motion of BBCN Bank (the Bank) for reconsideration of its claims, against the Debtors.

    In the Order entered July 15, among other things, the court vacated a prior order entered March 17, sustaining the Debtors' objection to the Bank's Claim No. 8.

    Based on a stipulation of the parties, the court on July 9, continued the hearing on the Bank's Motion, among other things, to allow Debtors reasonable additional time to evaluate the Bank's documents and filings and to allow further discussions.

    Later stipulations and orders allowed the Debtors to file a supplemental opposition to the Bank's claims up to two weeks prior to a hearing finally scheduled for

-1-

1 October 2.  The Debtors conducted further discovery as agreed and filed their
2 supplemental opposition on September 18.
3       The hearing took place on October 2.  The results of that hearing are reflected in
4 the record of the hearing.  Essentially, Debtors raised several new issues concerning
5 the Bank's claims, attempted to extend further their time for discovery, but failed to
6 follow the requirements of the court's LBRs 7026-1, 3007-1, and 9013-1 in order to do
7 so.  The court finds that Debtors were allowed adequate time to complete additional
8 discovery and discussions with the Bank and that Debtors' failed to timely and properly
9 pursue the foregoing LBR procedures.  The Debtors also failed to provide evidence
10 sufficient to discredit the Bank's evidence as fully considered by the court at the May 14,
11 2014 hearing.
12       For the foregoing reasons, the court's rulings at the May 14 hearing, as reflected
13 on the record and in the Order entered July 15, hereby are deemed to be final.  The
14 Debtors' objections to the Bank's claims are overruled.  The Bank's claims as amended
15 in Claim No. 11 are granted.
16       IT IS SO ORDERED.

24 Date: October 24, 2014

*(signature)*
Thomas B. Donovan
United States Bankruptcy Judge